UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EMILE MOREAU,

                     Plaintiff,

                   -v-                      9:20-CV-124

SHERRY ELLSWORTH *et al*.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                  OF COUNSEL:

EMILE MOREAU
Plaintiff, Pro Se
04-A-1588
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403

HON. LETITIA JAMES           DAVID C. WHITE, ESQ.
New York State Attorney General    Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## <u>ORDER ON REPORT & RECOMMENDATION</u>

On February 5, 2020, *pro se* plaintiff Emile Moreau ("plaintiff"), an inmate

in the custody of the New York State Department of Corrections and

Community Supervision ("DOCCS") at Eastern Correctional Facility, filed this 42 U.S.C. § 1983 action alleging, *inter alia*, that defendants violated his First Amendment rights by interfering with his mail and his access to the courts, and by retaliating against him for the exercise of those rights.  Dkt. No. 1.  Following some preliminary motion practice and a period of discovery, defendants moved under Federal Rule of Civil Procedure ("Rule") 56 for summary judgment on all of plaintiff's remaining claims.  Dkt. No. 43.

On July 15, 2021, U.S. Magistrate Judge Andrew T. Baxter advised by Report & Recommendation ("R&R") that defendants' motion be granted and that plaintiff's complaint be dismissed.  Dkt. No. 56.  Plaintiff has filed objections to the R&R.  Dkt. No. 57.

Upon *de novo* review of the portions to which plaintiff has objected, the Report & Recommendation will be accepted and adopted in all respects.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1.  The Report & Recommendation is ADOPTED;

2.  Defendants' motion for summary judgment is GRANTED; and

3.  Plaintiff's complaint is DISMISSED.

The Clerk of the Court is directed to enter a judgment accordingly and to close the file.

IT IS SO ORDERED.

Dated:  August 26, 2021
        Utica, New York.

David N. Hurd
U.S. District Judge